# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUNE EVANS,<br><br>    Plaintiff,<br><br>    v.<br><br>SLEEP NUMBER CORPORATION,<br><br>    Defendant. | Case No. 1:24-cv-01136-KES-SAB<br><br>ORDER GRANTING KATHERINE GENESER'S *PRO HAC VICE* APPLICATION<br><br>(ECF No. 9) |

The court has read and considered the application of Katherine Geneser, attorney for Defendant Sleep Number Corporation, for admission to practice *pro hac vice* under the provisions of Local Rule 180(b)(2) of the Local Rules of Practice of the United States District Court for this District. Having reviewed the application, Katherine Geneser's application for admission to practice *pro hac vice* is HEREBY GRANTED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

IT IS SO ORDERED.

Dated:   **October 21, 2024**

UNITED STATES MAGISTRATE JUDGE

1