# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUNE EVANS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SLEEP NUMBER CORPORATION,<br><br>　　　　Defendants. | Case No. 1:24-cv-01136-KES-SAB<br><br>ORDER RE STIPULATION FOR EXTENSION OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT<br><br>(ECF No. 16)<br><br>**JANUARY 15, 2025 DEADLINE** |

　　　On November 27, 2024, Plaintiff filed a first amended complaint.  (ECF No. 15.) Defendant's response is due on December 11, 2024.  On December 3, 2024, the parties filed a stipulation for a thirty-five day extension of time for Defendant to file a response to the first amended complaint. (ECF No. 16.)

　　　Accordingly, pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that Defendant Sleep Number Corporation shall file a responsive pleading on or before January 15, 2025.

IT IS SO ORDERED.

Dated:　**December 3, 2024**

STANLEY A. BOONE
United States Magistrate Judge

1