# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUNE EVANS, *individually and on behalf of all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>SLEEP NUMBER CORPORATION,<br><br>Defendant. | Case No. 1:24-cv-01136-KES-SAB<br><br>ORDER STAYING PROCEEDINGS IN THIS MATTER PURSUANT TO 11 U.S.C. § 362<br><br>(ECF No. 38) |

Plaintiff commenced this action on September 24, 2024.  (ECF No. 1)  On June 15, 2026, Defendant Sleep Number Corporation filed a suggestion of bankruptcy indicating that on June 12, 2026, Defendant filed for bankruptcy in the United States Bankruptcy Court for the Southern District of New York for relief under Chapter 11 of the United States Bankruptcy Code (the "Bankruptcy Code").  (ECF No. 38); see In re: Sleep Number Corp., No. 1:26-bk-11399 (Bankr. S.D.N.Y); In re: Select Comfort Retail Corp., No. 1:26-bk-11400 (Bankr. S.D.N.Y.); In re: Select Comfort Canada Holding Inc., No. 1:26-bk-11398 (Bankr. S.D.N.Y.); In re: Select Comfort SC LLC, No. 1:26-bk-11401 (Bankr. S.D.N.Y.); In re: Sleep Number Health Corp., No. 1:26-bk-11402 (Bankr. S.D.N.Y.).

Pursuant to Section 362 of the Bankruptcy Code, all actions against a defendant who has filed a bankruptcy petition are automatically stayed once the petition is filed.  11 U.S.C. § 362(a) (staying "the commencement or continuation, including the issuance or employment of process,

of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case under this title, or to recover a claim against the debtor that arose before the commencement of the case under this title."); see also Sternberg v. Johnston, 595 F.3d 937, 943 (9th Cir. 2010).  Accordingly, all proceedings in this matter against Defendant shall be stayed pursuant to Section 362(a) of Title 11, United States Code.

Accordingly, IT IS HEREBY ORDERED that:

1.   All proceedings in this matter against Defendant Sleep Number Corporation are STAYED pursuant to Section 362(a) of Title 11, United States Code; and

2.   Defendant or Plaintiff shall provide notice to the Court within **thirty (30) days** of the conclusion of the bankruptcy actions.

IT IS SO ORDERED.

Dated:    **June 16, 2026**

STANLEY A. BOONE
United States Magistrate Judge

2